IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ENVY HAWAII LLC, | ) | CIV NO. 16-00551 ACK-RLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CIRBIN INC., DBA CAMPAGNA MOTORS, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 17, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant In Part And Deny In Part Plaintiff Envy Hawaii LLC's Motion To Enforce Settlement Agreement And For Award Of Attorneys' Fees And Costs", ECF No. 40, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 13, 2017.



_____
Alan C. Kay
Sr. United States District Judge

Envy Hawaii LLC v. Cirbin Inc., *dba* Campagna Motors, Civ. No. 16-00551 ACK-RLP, Order Adopting Magistrate Judge's Findings and Recommendation.