IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ENVY HAWAII LLC, | ) | CIV NO. 16-00551 ACK-RLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CIRBIN INC., DBA CAMPAGNA | ) | |
| MOTORS, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on February 5, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation To Deny Envy Hawaii LLC's Motion For An Order To Show

Cause Why Defendant Cirbin Inc., dba Campagna Motors Should Not Be Held In

Contempt And To Direct The Clerk's Office To Enter Judgment" are adopted as the

opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 21, 2018.



_____
Alan C. Kay
Sr. United States District Judge

Envy Hawaii LLC v. Cirbin Inc., *dba* Campagna Motors, Civ. No. 16-00551 ACK-RLP, Order Adopting Magistrate Judge's Findings and Recommendation.